UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Nhut Le and Chai M. Le,                                      Civil No. 15-1512 SRN/JJK

        Plaintiffs,

v.

                                                    **ORDER DISMISSING**
Wells Fargo Bank, NA,                                    **BANKRUPTCY REMOVAL**

        Defendant.

Nhut Le and Chai M. Le, 422 Eldridge Avenue East, Maplewood, MN 55117, pro se plaintiffs; and

No appearance by defendant Wells Fargo Bank, N.A..

Based upon the Report and Recommendation by U.S. Magistrate Judge Jeffrey J. Keyes, dated May 4, 2015, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that this matter is **DISMISSED** with prejudice.

Date: May 21, 2015

                                              s/Susan Richard Nelson
                                              Susan Richard Nelson
                                              United States District Court Judge